**STATE v. LOCKLEAR**

[359 N.C. 63 (2004)]

STATE OF NORTH CAROLINA v. BUDDY LEE LOCKLEAR

No. 504A03

(Filed 7 October 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 159 N.C. App. 588, 583 S.E.2d 726 (2003), finding no error in the judgments entered 9 May 2002 by Judge Jay D. Hockenbury in Superior Court, Onslow County. Heard in the Supreme Court 13 September 2004.

*Roy Cooper, Attorney General, by Patricia A. Duffy, Assistant Attorney General, for the State.*

*Duncan B. McCormick for defendant-appellant.*

PER CURIAM.

AFFIRMED.